# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| ANDREW HEADLEY and EMILY HEADLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> FCA US, LLC; CROWN MOTORS; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: 8:20-cv-00197-JVS (DFM) <br><br> **ORDER REGARDING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The Joint Stipulation for Dismissal with Prejudice is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party will bear their own fees and costs to the extent not previously agreed upon and paid.

**IT IS SO ORDERED.**

Dated: March 04, 2021

_____
The Honorable James V. Selna
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2021, I filed the foregoing document entitled **[PROPOSED] ORDER REGARDING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                                        */s/ Ashleigh K. Gideon*
                                        Ashleigh K. Gideon